**IT IS ORDERED**

**Date Entered on Docket: February 25, 2021**



_____
**The Honorable David T. Thuma
United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEW MEXICO

IN RE:

Mark Fuentes and Michelle Fuentes,

    Debtors.                    Case No. 21-10014-TR7

### DEFAULT ORDER GRANTING RELIEF FROM STAY AND ABANDONMENT OF PROPERTY LOCATED AT 104 S Lea Ave, Roswell, NM 88203

This matter came before the Court on the Motion for Relief from Stay and Abandonment of Property filed on 1/25/2021, Docket No. 10 (the "Motion"), by Freedom Mortgage Corporation ("Movant"). The Court, having reviewed the record and the Motion, and being otherwise sufficiently informed, FINDS:

(a) On 1/25/2021, Movant served the Motion and notice of the Motion (the "Notice") on counsel of record for Debtors, Mark Fuentes and Michelle Fuentes, and the case trustee, Clarke C. Coll, (the "Trustee") by use of the Court's case management and electronic filing system for the transmission of notices, as authorized by Fed.R.Civ.P.

File No. NM-21-164558
Order, Case No. 21-10014-TR7

Case 21-10014-t7    Doc 14    Filed 02/25/21    Entered 02/25/21 09:23:47 Page 1 of 4

5(b)(3) and NM LBR 9036-1, and on the Debtors and US Trustee by United States first class mail, in accordance with Bankruptcy Rules 7004 and 9014;

    (b)    The Motion relates to the following property legally described as:

The South 44 feet LOT THREE (3) in BLOCK SEVENTEEN (17) of WEST SIDE ADDITION, in the City of Roswell, County of Chaves and State of New Mexico, as shown on the Official Plat filed in the Chaves County Clerk's Office on January 1, 1891 and recorded in Book A of Plat Records, Chaves County, New Mexico, at Page 4.

    and commonly known as: 104 S Lea Ave, Roswell, NM 88203;

    (c)    The Notice specified an objection deadline of 21 days from the date of service of the Notice, to which three days was added under Bankruptcy Rule 9006(f);

    (d)    The Notice was sufficient in form and content;

    (e)    The objection deadline expired on 2/18/2021;

    (f)    As of 2/19/2021, no objections to the Motion have been filed;

    (g)    The Motion is well taken and should be granted as provided herein; and

    (h)    By submitting this Order to the Court for entry, the undersigned counsel for Movant certifies under penalty of perjury that on 2/19/2021, McCarthy & Holthus, LLP searched the data banks of the Department of Defense Manpower Data Center ("DMDC") and found that the DMDC does not possess any information indicating that the Debtors are currently on active military duty of the United States.

**IT IS THEREFORE ORDERED:**

1.    Pursuant to 11 U.S.C. §362(d), Movant and any and all holders of liens against the Property, of any lien priority, are hereby granted relief from the automatic stay:

    (a)    To enforce their rights in the Property, including foreclosure of liens and a foreclosure sale, under the terms of any prepetition notes, mortgages, security

agreements, and/or other agreements to which Debtors is a party, to the extent permitted by applicable non-bankruptcy law, such as by commencing or proceeding with appropriate action against the Debtors or the Property, or both, in any court of competent jurisdiction; and

       (b)     To exercise any other right or remedy available to them under law or equity with respect to the Property.

       2.     The Property is hereby abandoned pursuant to 11 U.S.C. §554 and is no longer property of the estate. Creditor shall not be required to name the Trustee as a defendant in any action involving the Property or otherwise give the Trustee further notice.

       3.     The automatic stay is not modified to permit any act to collect any deficiency or other obligation as a personal liability of the Debtors, although the Debtors can be named as a defendant in litigation to obtain an *in rem* judgment if Debtors are granted a discharge, or to foreclose the Property in accordance with applicable non-bankruptcy law. Nothing contained herein shall preclude Creditor or and any and all holders of liens against the Property, from proceeding against the Debtors personally, to collect amounts due, if Debtors' discharge is denied or if Debtors' bankruptcy is dismissed.

       4.     This Order shall continue in full force and effect if this case converted to a case under another chapter of the Bankruptcy Code.

       5.     This Order is effective and enforceable upon entry. The 14-day stay requirement of Fed.R.Bankr.P. 4001(a)(3) is waived.

6. Movant is further granted relief from the stay to engage in loan modification discussions or negotiations or other settlement discussions with the Debtors and to enter into a loan modification with the Debtors.

###END OF ORDER###

**RESPECTFULLY SUBMITTED BY:**

**/s/ Jason Bousliman**
**McCarthy & Holthus, LLP**
**Jason Bousliman, Esq.**
**Attorneys for Movant,**
**6501 Eagle Rock NE, Suite A-3**
**Albuquerque, NM 87113**
**(505) 219-4900**
**/s/ submitted electronically 2/22/2021**
**jbousliman@mccarthyholthus.com**

COPIES TO:

**DEBTORS**
Mark Fuentes
5107 Thunderbird Ln
Roswell, NM 88201

Michelle Fuentes
5107 Thunderbird Ln
Roswell, NM 88201

**DEBTORS' COUNSEL**
E C Mike Gomez
ecmgomez@yahoo.com

**CASE TRUSTEE**
Clarke C. Coll
clarkecoll@gmail.com

**US TRUSTEE**
PO Box 608
Albuquerque, NM 87103-0608